UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE SIMPSON,

        Plaintiff,                        Civil Action No.
                                            11-cv-14661

vs.

                                            PAUL D. BORMAN
CREDIT BUREAU SYSTEMS OF         UNITED STATES DISTRICT JUDGE
MICHIGAN, INC.,

        Defendant.

_____/

**ORDER (1) GRANTING MOTIONS TO WITHDRAW
AS COUNSEL FOR PLAINTIFF (Dkt. Nos. 13 & 14), and
(2) ORDERING PLAINTIFF TO APPEAR ON TUESDAY, SEPTEMBER 18, 2012
AT 10 A.M. OR FACE DISMISSAL OF HER CASE FOR FAILURE TO PROSECUTE**

This matter is before the Court on Plaintiff's counsels' Motions to Withdraw, filed on July 17, 2012, and July 18, 2012. (Dkt. Nos. 13 and 14.) There are two motions: one for Plaintiff's out-of-state counsel, Adam T. Hill, and another for Plaintiff's local counsel, Christopher C. Hunter. At the July 31, 2012 hearing on this matter, local counsel for Plaintiff, Mr. Hunter, stated that Plaintiff Katherine Simpson had notice of the hearing and was served with both motions by certified mail. Plaintiff did not appear at the July 31, 2012 hearing.

Plaintiff's counsels' motions state that "[i]rreconcilable differences have arisen between Counsel and Plaintiff," and that counsel has been unable to communicate with Plaintiff. (Mot. to Withdraw ¶ 2-3.)

1

Pursuant to Eastern District of Michigan Local Rule 83.30, an attorney may withdraw from representing a client "only by leave of Court on motion of counsel." Defendant has not objected to Plaintiff's counsels' motions. Accordingly, the Court will GRANT the motions. Plaintiff's counsel will provide the Court, either via telephone or fax, with a telephone number where Plaintiff can be reached by the Court if necessary and will make Plaintiff's file available to any newly retained counsel.

The Court further ORDERS Plaintiff to appear before the Court on Tuesday, September 18, 2012 at 10:00 a.m., either with newly retained counsel or representing herself. Failure to appear at the hearing on September 18, 2012, will result in dismissal of Plaintiff's case for failure to prosecute.

**SO ORDERED**.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 8-1-12